IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY L. SHANK, | ) | |
| | ) | |
| Plaintiff, | ) | 7:08CV5004 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF KIMBALL; EVERTSON OIL COMPANY, INC.; EVERTSON OPERATING COMPANY INC.; EVERTSON EXPLORATION, LLC; EVERTSON WELL SERVICE, INC.; CASTRONICS, INC.; BRUCE EVERTSON; GREG DINGES, individually and in his capacity as Mayor of the CITY OF KIMBALL; HAROLD FARRAR, individually and in his capacity as City Administrator for the CITY OF KIMBALL, NEBRASKA; PERRY VAN NEWKIRK; and MARY LOU DIAZ, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend time to respond to defendant Diaz's motion to dismiss (Filing No. 50). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until September 12, 2008, to respond to defendant Diaz's motion to dismiss.

DATED this 27th day of August, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court