IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BILLY L. SHANK,                )
                               )
          Plaintiff,           )    7:08CV5004
                               )
     v.                        )
                               )
CITY OF KIMBALL; EVERTSON OIL  )    ORDER
COMPANY, INC.; EVERTSON        )
OPERATING COMPANY INC.;        )
EVERTSON EXPLORATION, LLC;     )
EVERTSON WELL SERVICE, INC.;   )
CASTRONICS, INC.; BRUCE        )
EVERTSON; GREG DINGES,         )
individually and in his        )
capacity as Mayor of the CITY  )
OF KIMBALL; HAROLD FARRAR,     )
individually and in his        )
capacity as City               )
Administrator for the CITY OF  )
KIMBALL, NEBRASKA; PERRY VAN   )
NEWKIRK; and MARY LOU DIAZ,    )
                               )
          Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motion for extension of time to file brief (Filing No. 85). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; plaintiff shall have until June 30, 2009, to respond to the motion for summary judgment.

DATED this 13th day of May, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court