IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BILLY L. SHANK,                  )
                                 )
            Plaintiff,           )          7:08CV5004
                                 )
      v.                         )
                                 )
CITY OF KIMBALL; EVERTSON OIL    )          ORDER
COMPANY, INC.; EVERTSON          )
OPERATING COMPANY INC.;          )
EVERTSON EXPLORATION, LLC;       )
EVERTSON WELL SERVICE, INC.;     )
CASTRONICS, INC.; BRUCE          )
EVERTSON; GREG DINGES,           )
individually and in his          )
capacity as Mayor of the CITY    )
OF KIMBALL; HAROLD FARRAR,       )
individually and in his          )
capacity as City                 )
Administrator for the CITY OF    )
KIMBALL, NEBRASKA; PERRY VAN     )
NEWKIRK; and MARY LOU DIAZ,      )
                                 )
            Defendants.          )
_____  )
```

IT IS ORDERED that counsel for defendants City of

Kimball, Greg Dinges, and Harold Farrar, shall file with the

Court copies of the City of Kimball ordinance(s) adopted pursuant

to Neb. Rev. Stat. § 17-107(2) (the rules and regulations

governing the removal or discipline of any police officer,

including the chief of police) that was/were in effect in

December of 2006.  If no such ordinance exists, counsel shall

file a response accordingly.  Said response shall be filed on or before August 25, 2009.

DATED this 17th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court