IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
BILLY L. SHANK,                  )
                                 )
              Plaintiff,         )           7:08CV5004
                                 )
         v.                      )
                                 )
CITY OF KIMBALL; EVERTSON OIL    )           ORDER
COMPANY, INC.; EVERTSON          )
OPERATING COMPANY INC.;          )
EVERTSON EXPLORATION, LLC;       )
EVERTSON WELL SERVICE, INC.;     )
CASTRONICS, INC.; BRUCE          )
EVERTSON; GREG DINGES,           )
individually and in his          )
capacity as Mayor of the CITY    )
OF KIMBALL; HAROLD FARRAR,       )
individually and in his          )
capacity as City                 )
Administrator for the CITY OF    )
KIMBALL, NEBRASKA; PERRY VAN     )
NEWKIRK; and MARY LOU DIAZ,      )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on the motion of Mark

Buckwalter to withdraw as counsel for the reason that he is no

longer with the firm of Baylor, Evnen, Curtiss, Grimit & Witt

(Filing No. 106).  The Court finds said motion should be granted.

Accordingly,

IT IS ORDERED that the motion is granted; Mark

Buckwalter is deemed withdraw as counsel of record.

DATED this 10th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court